125 BROAD STREET, 39TH FLOOR, NEW YORK, NEW YORK 10004-2400

www.sdma.com    212.422.0202 phone    212.422.0925 fax

# Sedgwick
## DETERT, MORAN & ARNOLD LLP

August 2, 2010

Via Facsimile (212-805-0426)
Hon. Laura Taylor Swain, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY  10007-1312



Michael H. Bernstein
212-898-4011
michael.bernstein@sdma.com

# MEMO ENDORSED

Re:   Michael Fasano v. Metropolitan Life Insurance Company and The IBM Long-Term Disability Plan
      Civ. Act. No.:      10-cv-04233 (LTS)
      SDMA File No.:    00584-007586

Dear Judge Swain:

This office represents the defendants in the above-referenced matter.

We write to request an extension of time to appear and respond to the Complaint in this matter on behalf of the defendants. The defendants' response was due by July 26, 2010. On July 22, 2010, we previously wrote to Judge Sweet, who was originally assigned to this case to request a short extension for defendants to respond to the Complaint to on or before August 24, 2010. Plaintiff's counsel consents to the request and this extension does not effect any previously scheduled dates set by the Court. Plaintiff's counsel recently alerted me to the fact that the matter was reassigned to you. We therefore request that you endorse the parties' consent extension of time to answer.

Thank you for your consideration of this matter.

The request is granted.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

SO ORDERED.

NEW YORK, NY
LAURA TAYLOR SWAIN
Aug. 2 , 2010 UNITED STATES DISTRICT JUDGE

MHB/wgd
cc:  Elizabeth L. Koob, Esq. (via facsimile 914-964-8801)

NY/589118v1