AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MICHAEL FASANO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 10 Civ 04233 (RWS) |
| METROPOLITAN LIFE INSURANC CO. et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendants.

Date: 08/06/2010

s/
*Attorney's signature*

John T. Seybert (JS 5014))
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

john.seybert@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

# CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and Regular Mail on this 6th day of August, 2010, upon the following:

>Elizabeth L. Koob
>KOOB & MAGOOLAGHAN
>221 Devoe Avenue
>Yonkers, New York 10705
>Tel: 914-964-8888
>Attorneys for Plaintiff

<u>s/John T. Seybert</u>
John T. Seybert (JS 5014)

Dated:   New York, New York
         August 6, 2010