# KOOB & MAGOOLAGHAN
*Attorneys at Law*

| | |
|---|---|
| 221 DEVOE AVENUE | YONKERS, NEW YORK 10705 |
| TELEPHONE: (914) 964-8888 | FACSIMILE: (914) 964-8801 |

ELIZABETH L. KOOB
JOAN MAGOOLAGHAN

ALEXANDER A. REINERT
*Of Counsel*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08 SEP 2010

By Facsimile: (212) 805-0426
August 31, 2010

**CORRECTION**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Fasano v. Metropolitan Life Insurance Company, et al.</u>, 10 civ 04233 (LTS)(THK)

Dear Judge Swain:

We represent the plaintiff, Michael Fasano in this above-entitled action which seeks payment of disability benefits under an employer sponsored welfare benefits plan. Defendants' Answer was filed on August 24, 2010.

This letter is to request that the pre-trial conference now scheduled for September 17, 2010 by your Initial Conference Order, dated June 11, 2010, be adjourned to October 15, 2010. This is the first request made for an adjournment or extension. The parties' joint pre-trial statement, now due to be filed on or before September 7, would be due on or before October 8, 2010.

Defendants' counsel, Michael Bernstein, consents to this request.

Sincerely,

Elizabeth L. Koob

cc: Michael Bernstein, Esq.
    By Facsimile: (212) 422-0925

*The conference is adjourned to October 22, 2010, at 10:30AM and the related deadlines are modified accordingly.*

SO ORDERED.

NEW YORK, NY
Sep 8, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE