# KOOB & MAGOOLAGHAN
*Attorneys at Law*

221 DEVOE AVENUE  
TELEPHONE: (914) 964-8888

YONKERS, NEW YORK 10705  
FACSIMILE: (914) 964-8801

ELIZABETH L. KOOB  
JOAN MAGOOLAGHAN

ALEXANDER A. REINERT  
*Of Counsel*



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 18 OCT 2010

By Facsimile: (212) 805-0426  
October 15, 2010

Hon. Laura Taylor Swain  
United States District Judge  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Fasano v. Metropolitan Life Insurance Company, et al.</u>, 10 civ 04233 (LTS)(THK)

Dear Judge Swain:

We represent the plaintiff, Michael Fasano in this above-entitled action which seeks payment of disability benefits under an employer sponsored welfare benefits plan. This letter is a joint request by the parties for an extension to October 19, 2010 for the filing of the parties preliminary pre-trial statement. The statement is due today in order to be filed seven days in advance of the pre-trial conference now scheduled for October 22, 2010. The conference was rescheduled from September 17 at the previous request of the parties. In the alternative, the parties request an adjournment of the pre-trial conference to a later date, as may be convenient to the Court.

Sincerely,

Elizabeth L. Koob

cc: Michael Bernstein, Esq.  
By Facsimile: (212) 422-0925

*The request is granted.*

SO ORDERED.

NEW YORK, NY  
Oct 18, 2010  
LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE